UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No. 07 - 15631 |
| Sandra T. Lightfoot | : | (Chapter 13) |
| Debtor. | : |  |
|  | : | Hon. Stephen Raslavich |
|  | : |  |

## WITHDRAWAL OF APPEARANCE

To The Clerk of this Honorable Court:

Kindly withdraw of record the Appearance of the undersigned counsel on behalf of Debtor in the above-captioned matter.

/s/ Michael D. Sayles
Michael D. Sayles, Esquire

## ENTRY OF APPEARANCE

To The Clerk of this Honorable Court:

Kindly enter of record the Appearance of the undersigned counsel on behalf of Debtor in the above-captioned matter.

/s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor
DATE: October 18, 2007